In the Matter of SETH B. ROBINSON, JR. (Also Known as SETH B. ROBINSON), an Attorney, Respondent.

First Department, April 19, 1940.

*S. C. Lewis* of counsel [*Einar Chrystie*, attorney], for the petitioner.

Respondent in person.

PER CURIAM. The record conclusively establishes that the respondent instituted a number of unfounded actions for the sole purpose of harassing and annoying persons against whom he had a real or fancied grievance. Giving due consideration to his long career at the bar this court believes a censure is proper punishment.

Present — MARTIN, P. J., O'MALLEY, TOWNLEY, COHN and CALLAHAN, JJ.

Respondent censured.